# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY VASQUEZ, | Case No. CV 14-02186 RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CAROLYN COLVIN, Acting Commission of Social Security, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 7, 2015

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE